No. D–2365. IN RE DISCIPLINE OF CUELLER. Albert Cueller III, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2366. IN RE DISCIPLINE OF GARSIDE. Gary Alston Garside, of Columbus, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2367. IN RE DISCIPLINE OF CARTELLONE. John Joseph Cartellone, of Cleveland, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2368. IN RE DISCIPLINE OF WARREN. Randall Benjamin Warren, of Beverly, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2369. IN RE DISCIPLINE OF ABBELL. Michael Abbell, of Bethesda, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2370. IN RE DISCIPLINE OF FABER. Mark Andrew Faber, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2371. IN RE DISCIPLINE OF GALLAGHER. Edward Patrick Gallagher, of Frederick, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.